```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 07 B 01490
    JACQUELINE URSETTIE
                                                 CHAPTER 13

                                                 JUDGE: A. BENJAMIN GOLDGAR

       Debtor
    SSN XXX-XX-3213


-----------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/29/07 and confirmed on 05/18/07.

    2.  The case was dismissed after confirmation, 02/01/2008.

    3.  The Debtor paid a total of $   2952.00 .

    4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
-----------------------------------------------------------------------------
NORTHERN TRUST             CURRENT MORTG        .00             .00           .00
NORTHERN TRUST             MORTGAGE ARRE     410.25             .00        410.25
INTERNAL REVENUE SERVICE   PRIORITY         4908.44             .00           .00
PREMIER EYE CARE           UNSECURED       NOT FILED            .00           .00
ALL CREATURES ANIMAL HOS   UNSECURED         217.00             .00           .00
AMERICAN GENERAL FINANCE   UNSECURED         742.32             .00           .00
ASPIRE VISA                UNSECURED         703.06             .00           .00
BEST PRACTICES INPATIENT   UNSECURED       NOT FILED            .00           .00
CAPITAL ONE BANK           UNSECURED         888.08             .00           .00
CAPITAL ONE BANK           UNSECURED         504.22             .00           .00
COMCAST DIGITAL PHONE SV   UNSECURED       NOT FILED            .00           .00
VISTA SURGERY CENTER       UNSECURED       NOT FILED            .00           .00
GINNYS                     UNSECURED         290.06             .00           .00
NATIONAL CAPITAL MANAGEM   UNSECURED         556.58             .00           .00
ECAST SETTLEMENT CORPORA   UNSECURED         586.11             .00           .00
LAKE FOREST HOSPITAL       UNSECURED       NOT FILED            .00           .00
NICOR GAS                  UNSECURED         488.98             .00           .00
NORTHEAST RADIOLOGY        UNSECURED       NOT FILED            .00           .00
BEST PRACTICES INPATIENT   UNSECURED       NOT FILED            .00           .00
SBC AMERITECH              UNSECURED       NOT FILED            .00           .00
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
-----------------------------------------------------------------------------
IN STYLE                   UNSECURED       NOT FILED            .00           .00
UNIVERSITY FOOT ASSOCS     UNSECURED       NOT FILED            .00           .00
CAPITAL ONE BANK           UNSECURED         558.91             .00           .00
INTERNAL REVENUE SERVICE   UNSECURED         466.58             .00           .00
              Summary of disbursements:
-----------------------------------------------------------------------------
                     SECURED       PRIORITY      UNSECURED       OTHER         TOTAL
```

```
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED         410.25      4908.44      6001.90           .00     11320.59
PRINCIPAL PAID             410.25          .00          .00           .00       410.25
INTEREST PAID                 .00          .00          .00           .00          .00
TOTAL PAID                 410.25          .00          .00           .00       410.25
```
The Debtor's attorney, KENNETH S BORCIA & ASSOC      , was allowed $    3000.00
and was paid $     535.00   direct and $     2465.00   through the plan.

The Trustee received $      76.75 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 05/21/08                    /S/
                                           GLENN STEARNS
                                         CHAPTER 13 TRUSTEE